Rita H. Christensen, Appellant, v. Howard F. Christensen, Respondent.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

The People of the State of New York, Respondent, v. Dolores Miller, Appellant.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ.